# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1734
Lower Tribunal No. 19-DR-005734

_____

G.S.S.,

Appellant,

v.

D.M.S.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


Kristin A. Norse and Brandon K. Breslow, of Kynes, Markman & Felman, P.A., Tampa, for Appellant.

Alexander C. Peterson, of Family First Legal Group, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED